**Order entered December 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00778-CR

**BRADLEY ALLEN KELLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F16-53364-L**

## ORDER

The reporter's record was due on October 26, 2018. When it was not filed, we notified official court reporter Victoria Franklin that it was overdue and directed her to file, within thirty days, the complete reporter's record or written verification that no hearings were recorded or that appellant had not requested the reporter's record. On November 1, 2018, Ms. Franklin responded, indicating that court reporter Debi Harris had reported the hearings and that she had notified Ms. Harris by email. To date, however, we have not received the reporter's record or had any communication from Ms. Harris.

We **ORDER** court reporter Debi Harris to file, **WITHIN FOURTEEN DAYS OF THE DATE OF THIS ORDER**, the complete reporter's record in this appeal. We caution Ms. Harris that the failure to do so will result in the Court taking whatever remedies it has available

to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5; Debi Harris, court reporter; Victoria Franklin, official court reporter, Criminal District Court No. 5; and to counsel for all parties.


/s/     LANA MYERS
           JUSTICE